UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Evangelos Pashos, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:06-cv-21 |
| | § | |
| Life Insurance Company of North America and Parlex Corporation, | § | |
| | § | |
|     Defendants. | § | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Evangelos Pashos and defendants Life Insurance Company of North America and Parlex Corporation hereby stipulate that the plaintiff's claims against defendants in this matter be dismissed with prejudice.

Respectfully submitted,

EVANGELOS PASHOS

By His Attorneys,
MCDOWELL & OSBURN, P.A.

DATED: October 19, 2006        By:   /s/ David S.V. Shirley #12538
    David S.V. Shirley, Esq.
    Bar No. 12538
    282 River Road
    P.O. Box 3360
    Manchester, NH 03105
    (603)623-9300
    e-mail: dshirley@mcdowell-osburn.com

                                LIFE INSURANCE COMPANY OF NORTH AMERICA
                                and PARLEX CORPORATION

                                By Their Attorneys,
                                SULLOWAY & HOLLIS, P.L.L.C.

DATED:  October 19, 2006        By:   /s/ William D. Pandolph #5579
                                William D. Pandolph, Esq.
                                Bar No. 5579
                                9 Capitol Street
                                P.O. Box 1256
                                Concord, NH 03302-1256
                                (603)224-2341
                                e-mail:  wpandolph@sulloway.com